## John T. Wakefield, Appellee, v. Mall Tool Company, Appellant.

### Gen. No. 45,714.

John E. Hughes, for appellant; Martin M. Gross, for appellee. Opinion by JUSTICE TUOHY. **Not to be published in full.** Opinion filed September 23, 1952; released for publication October 14, 1952.